**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

In Re:  Shakir's International, L.L.C.

**Debtor(s)**                Case No.: 14–32582

ENTERED
01/28/2015

Chapter:  7

### *ORDER CLOSING CASE*

The estate has been fully administered. Therefore, the Court orders:

1. Rodney D Tow is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 1/28/15

_____
MARVIN ISGUR
United States Bankruptcy Judge