**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**



In Re: Shakir's International, L.L.C.

**Debtor(s)**

Case No.: 14–32582

Chapter: 7

ENTERED
01/28/2015

### ORDER CLOSING CASE

The estate has been fully administered. Therefore, the Court orders:

1. Rodney D Tow is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 1/28/15

MARVIN ISGUR
United States Bankruptcy Judge

```
                          United States Bankruptcy Court
                            Southern District of Texas
In re:                                                          Case No. 14-32582-mi
Shakir's International, L.L.C.                                  Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0541-4          User: adol              Page 1 of 1             Date Rcvd: Jan 28, 2015
                              Form ID: fnldtxs        Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 30, 2015.
db             +Shakir's International, L.L.C.,    9990B I-10 East Freeway,    Houston, TX 77029-1507

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2015                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 28, 2015 at the address(es) listed below:
              Helene Thaissa Bergman    on behalf of Debtor   Shakir's International, L.L.C.
               Bergmanlawfirm@sbcglobal.net
              Joshua Allen Estes    on behalf of Creditor Tasneem  Shujauddin joshuaestes@estespc.net
              Rodney D Tow    rodneytow@outlook.com,
               RT@trustesolutions.net;jwarren@towkoenig.com;RT@trustesolutions.com
              US Trustee    USTPRegion07.HU.ECF@USDOJ.GOV
                                                                                             TOTAL: 4
```